AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
ROBERT POWELL

*Defendant*

Case: 1:24-cr-00038
Assigned To : Judge Ana C. Reyes
Assign. Date : 1/18/2024
Description: INDICTMENT (B)
Related Case: 23-cr-363 (ACR)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ROBERT POWELL ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud);
18 U.S.C. § 371; 18 U.S.C. § 1028A(a)(1) and 18 U.S.C. § 1029(a)(1) (Conspiracy to Commit Aggravated Identity Theft and Access Device Fraud);

FORFEITURE: 18 U.S.C. § 981, 21 U.S.C. § 853(p); 28 U.S.C. § 2461(c)

Date: 01/18/2024

M.U. Upadhyaya 2024.01.18 16:32:24 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 1/18/24 , and the person was arrested on *(date)* 1/24/24
at *(city and state)* Highland Park, Illinois .

Date: 2/1/24

Brent Bledsoe
*Arresting officer's signature*

Brent Bledsoe FBI Special Agent
*Printed name and title*