UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 24-cr-38 (ACR)** |
| | : | |
| v. | : | |
| | : | |
| **ROBERT POWELL,** | : | |
| **CARTER ROHN,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## JOINT MOTION TO CONVERT TRIAL DATE TO A STATUS HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, Matthew Graves, and his assistants, Kevin L. Rosenberg, Alexandra Hughes, and Pravallika Palacharla, Assistant United States Attorneys, along with Jessica Peck, Trial Attorney for the Department of Justice's Computer Crime and Intellectual Property Section, and counsel for Robert Powell ("Defendant Powell") and Carter Rohn ("Defendant Rohn"), jointly request that this Court convert the January 6, 2025 jury trial to a status hearing, or in the alternative, permit the parties to update the Court through a joint filing on or before January 1, 2025.[1]

Since setting a trial date, the government has provided voluminous discovery to the defense. After conferring with counsel for Defendant Powell and Defendant Rohn, the parties jointly request that, in the interest of justice, the parties be permitted more time, that the trial date be converted to a status hearing, and that motions' deadlines be vacated until further Order of this Court.

---

[1] A third defendant, Emily Hernandez ("Defendant Hernandez"), is not referenced in this Joint Motion to Convert Trial Date to a Status Hearing, as Defendant Hernandez pled guilty on May 16, 2024, and is currently pending sentencing in this case.

Respectfully Submitted on Behalf of the Parties,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. BAR NO. 481052


By:      /s/ *Kevin Rosenberg*
         KEVIN L. ROSENBERG
         Assistant United States Attorney
         OHIO BAR 0081448
         United States Attorney's Office
         601 D Street, NW
         Washington, D.C. 20530
         (P) 202-252-7833
         Kevin.Rosenberg@usdoj.gov