IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | Case Number: 24CR38 |
| | ) | |
|     v. | ) | |
| | ) | |
| ROBERT POWELL | ) | |
|     Defendant. | ) | |

## UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING DATE

**NOW COMES** the Defendant, Mr. Robert Powell, by and through his attorney, Gal Pissetzky, and respectfully requests that this Honorable Court continue the sentencing hearing date. In support thereof, Mr. Powell states as follows:

1. Mr. Powell's sentencing hearing is currently scheduled for September 17, 2025.

2. Mr. Powell's attorney is scheduled to be in the middle of a murder jury trial in the matter of *People v. Israel Villegas*, 18CR1612601, on September 17, 2025, in Cook County, Illinois.

3. In addition, Mr. Pissetzky is scheduled to be on trial on the following dates:

    a. October 6 to 10, 2025 - *People v. Darnell Mapp*, 2021CF110, in Boone County, Illinois.

    b. October 20 to 24, 2025 – *People v. David Kogut*, 23CR1296701, in Cook County, Illinois.

    c. November 3 to 7, 2025 – *People v. Steven Jenkins*, 23CR674401, in Cook County, Illinois.

    d. November 17 to 21, 2025 – People v. Christian Tamura, 22CF1078, in Lake County, Illinois.

4. As the court can see, Mr. Pissetzky will have only one week in between each jury trial to prepare for the next trial.

5. Moreover, the Jewish High Holidays fall on September 23rd and 24th, and October 1st and 2nd.

6. Due to his trial schedule and the Jewish Holidays, it would be extremely difficult for Mr. Pissetzky to prepare for Mr. Powell's sentencing and to appear in Washington D.C. for the sentencing hearing.

7. Mr. Pissetzky respectfully requests that this Honorable Court continue the sentencing date in this matter to a date after December 1, 2025.

8. The government does not object to this request.

**WHEREFORE**, Mr. Powell respectfully requests that this Honorable Court grant his motion and continue the sentencing date to a date after December 1, 2025.

Respectfully submitted,

/s/ Gal Pissetzky
Gal Pissetzky
Attorneys for Mr. Powell
601 Skokie Blvd., Suite 504
Northbrook IL 60062
(847)736-7756

**CERTIFICATE OF SERVICE**

The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

**UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING DATE**

was served on August 4, 2025, pursuant to the district court's ECF filers.

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky