# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | Case Number: 24CR38 |
| ) | |
|          v. ) | |
| ) | |
| ROBERT POWELL ) | |
|     Defendant. ) | |

## **MOTION TO WITHDRAW**

NOW COMES attorney Gal Pissetzky, and respectfully ask this Honorable Court to withdraw as counsels for Mr. Robert Powell in this matter. In support of their motion, Mr. Pissetzky states the following:

1. Mr. Powell retained Mr. Pissetzky to represent him in this matter while he was still under investigation.
2. Since that time, Mr. Pissetzky and his staff have been guiding Mr. Powell, reviewing extensive discovery, spoke with the Defendant countless times, held extensive discussions with the government, negotiated with the government a favorable plea agreement for Mr. Powell, and continued to vigorously represent him to date.
3. However, the relationship between Mr. Pissetzky and the defendant deteriorated.
4. Mr. Pissetzky and Mr. Powell had a breakdown in communication, and at this time Mr. Powell would most likely benefit from a different counsel.
5. Moreover, despite reaching an agreement regarding the legal fees, Mr. Powell has failed to abide by the agreement, and it does not appear that he would be able to perform on the agreement.
6. At this time, Mr. Pissetzky does not believe that he can continue to represent Mr. Powell, and do not want to jeopardize his Constitutional rights under the Sixth Amendment.
7. Mr. Pissetzky informed Mr. Powell that he will be filing this motion.

WHEREFORE, Mr. Pissetzky respectfully requests that this Honorable Court grant his motion to withdraw as the attorney for Mr. Powell in this matter.

2

        Respectfully submitted,

        /s/ Gal Pissetzky
        Gal Pissetzky
        Attorneys for Mr. Powell
        35 E. Wacker Dr, Suite 1980
        Chicago, IL 60601
        (312)-736-7756

## CERTIFICATE OF SERVICE

    I hereby certify that on January 24, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

        Respectfully submitted,

        /s/ Gal Pissetzky
        Gal Pissetzky