UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT POWELL, ) | Case No. 24-cr-38 (ACR) |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

Please take note that Sungtae Kang, Assistant United States Attorney for the District of Columbia, hereby enters his appearance in the above-captioned case on behalf of the United States of America.

Dated: February 3, 2026

                                          Respectfully submitted,

                                          JEANINE FERRIS PIRRO
                                          United States Attorney

By:      /s/ Sungtae Kang
          Sungtae Kang, Virginia Bar No. 90100
          Assistant United States Attorney
          United States Attorney's Office
          601 D Street, N.W.
          Washington, D.C. 20530
          (202) 431-0569
          Sungtae.Kang@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of February, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                By:  /s/ Sungtae Kang
                                                          Assistant United States Attorney