**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **CRIMINAL NO. 1:24-cr-38-1 (ACR)** |
| **ROBERT POWELL,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| _____ | **:** | |

## STATUS REPORT

The United States of America, by and through its attorneys, seeks to update the Court regarding the appointment of an attorney for Mr. Powell.

After the March 16, 2026 Status Conference, the United States learned of a conflict that would prevent the Federal Defenders from representing Mr. Powell and coordinated with the Federal Defenders regarding Mr. Powell being appointed an attorney through the Criminal Justice Act (CJA).   On March 30, 2026, the United States contacted the Federal Defenders to ask whether counsel had been appointed.   The Federal Defenders advised that they were still awaiting Mr. Powell's financial affidavit.   On April 17, 2026, the United States reached out to the Federal Defenders again regarding an update about the appointment of an attorney for Mr. Powell.   The Federal Defenders relayed that Mr. Powell had informed them that he did not wish to have court-appointed counsel and intended to seek and pay for his own representation.

Now that Mr. Powell has not had legal representation for more than two months, the United States is seeking further guidance from the Court regarding how to proceed regarding Mr. Powell's case and his legal representation.

1

There are matters that the United States would seek to discuss with Mr. Powell's lawyer regarding his case and is unable to do so given his unrepresented status.

Respectfully Submitted,
JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY


By:    s/ *Sungtae Kang*
Sungtae Kang
Assistant United States Attorney
Virginia Bar 90100
601 D Street, NW
Washington, D.C. 20530
(202) 252-6767
Sungtae.Kang@usdoj.gov

2