**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Crim. No.24cr00038 (ACR)** |
| **v.** | : | |
| | : | |
| **ROBERT POWELL** | : | |
| | : | |

***(defendant)***

**UPDATED MOTION TO MODIFY CONDITIONS OF RELEASE**

***COMES NOW***, Robert Powell, through undersigned counsel and moves this Court modify his pre-trial conditions to permit him to leave his residence each day between the hours of 12:00-4:00 p.m. and for pre-trial services to determine whether to authorize any other times for which Powell can leave his residence outside of that time period.[1]

Conditions of release were imposed on February 8, 2024, See ECF # 17, Order Setting Conditions of Release. These conditions restricted him to "Home Incarceration," and submit to "location monitoring." See ECF #17, Conditions 7(p) and (q). Mr. Powell has successfully maintained these two conditions for more than two and one half years. He now seeks to modify the home detention condition to permit him to leave his residence each day from 12:00-4:00 p.m., so as to be able to go to the gym, eat lunch outside the residence and attend to other errands. He moves for his pre-trial service officer to determine whether or not to authorize any other movement outside of the home during times that are outside that four hour time period.

[1] Any other pending motions to modify conditions of release are withdrawn.

All other conditions are to remain in effect including location monitoring. ECF #17, Conditions (q)(i).

Undersigned reached out to Government counsel regarding this motion and the modifications. The Government does not oppose Mr. Powell's motion.

Respectfully submitted

Law office of Elita C. Amato

/s/

Elita C. Amato
D. C. Bar # 442797
2111 Wilson Blvd., 8th Floor
Arlington, VA 22201
703-522-5900

**CERTIFICATE OF SERVICE**

I hereby certify that this Motion was filed electronically through the ECF filing system on this 2nd day of September 2026, thereby, providing service electronically upon all parties in this case, including Government counsel.

/s/

Elita C. Amato